# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL HARRISON                                    Case No. 3:12-cv-014

**Plaintiff,**

-vs-                                                Judge Walter H. Rice

THE PNC FINANCIAL SERVICES
GROUP, et. al.

**Defendant.**

---

## ORDER

---

**Service within 120 days of filing:** This action was filed January 16, 2012 as of the date of this Order, Plaintiff has filed neither a waiver of service nor proof of service on Defendant.

Plaintiff is reminded that Fed. R. Civ. P. 4(m) requires the Court to dismiss an action in which service is not made within 120 days of filing the Complaint. Plaintiff's time for filing proof of service or waiver expires May 15, 2012 Unless proof of service is filed by that date, the Court will dismiss the Defendant from this action for lack of service of process.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of April, 2011.

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT